UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

PEILUN GUAN, et al.,

Plaintiffs,

v. No. 5:26-CV-156-H

MARKWAYNE MULLIN, et al.,

Defendants.

**ORDER**

The Court, having reviewed the docket, notes that Yuchen "Jeanie" Zhang is not admitted to practice in the Northern District of Texas. Zhang is ordered to submit an application for admission pro hac vice should she seek to continue representing the plaintiffs in this action. Zhang is also advised of the requirement of local counsel under Local Civil Rule 83.10.

Thus, the Court further orders that, by September 2, 2026, the plaintiffs must either obtain local counsel or submit a motion to waive the requirement, specifically detailing availability for hearings and ability to comply with the local rules of this Court.

So ordered on August 19, 2026.

JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE